COHEN v. HARPER. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Appeal from Special Term, New York County. Action by Hermann Cohen against Edward L. Harper. From an order granting judgment on the pleadings, with leave to withdraw demurrer and plead over on payment of costs, defendant appeals. Reversed, and motion denied. John J. Valicant, of New York City, for appellant. Benjamin F. Schwartz, of New York City, for respondent.

PER CURIAM. The words were not slanderous per se (Torres v. Huner, 150 App. Div. 798, 135 N. Y. Supp. 332), and the innuendo was without force. The order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

---

COLE, Respondent, v. ROCHELLE PARK ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Antoinette Cole against the Rochelle Park Association.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change place of trial to Westchester county granted, with $10 costs. Where the material witnesses are about equal, the trial should be had in the county in which the cause of action arose, and where the county records may be more readily referred to. Van Alstine v. Burt, 151 App. Div. 81, 135 N. Y. Supp. 779; Deutsch v. Upton Cold Storage Co., 146 App. Div. 588, 131 N. Y. Supp. 273.

---

COLT v. A. T. DEMAREST & CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Elizabeth B. Colt against A. T. Demarest & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 557.

---

COMINGS v. CYPRESS KNITTING MILLS, Inc., et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Appeal from Special Term, New York County. Action by Celia M. Comings against the Cypress Knitting Mills, Incorporated, and others. From an order denying motion for judgment on the pleadings, defendants appeal. Affirmed. I. Balch Louis, of New York City, for appellants. Jacob M. Schoenfeld, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

DOWLING, J. (dissenting). I dissent, upon the ground that the only allegation of the complaint upon which such an action as this could be predicated is that it was represented that the defendant corporation owned net assets of the market value of $3,300, and there is no further allegation of the falsity of that representation.

---

CONWAY v. NORCROSS BROS. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Mary Conway against Norcross Bros. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1111.

---

COOKE et al. v. HIGGINS et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Mary H. Cooke and another against Gertrude S. Higgins and Edwin E. Higgins. No opinion. Judgment and orders affirmed, without costs. See, also, 152 App. Div. 204, 136 N. Y. Supp. 641.

---

COWEN v. BERNARD et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Bernard Cowen against Sophie Bernard and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 80 Misc. Rep. 394, 141 N. Y. Supp. 252.

---

CRAMP v. DADY et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Herbert W. Cramp against Chester A. Dady and others.

PER CURIAM. Order of the County Court of Queens County modified, by requiring as a condition for the relief afforded that the defendants respondents, within 10 days, pay $50 to plaintiff, and, as so modified, affirmed. See, also, 153 App. Div. 913, 138 N. Y. Supp. 1112.

BURR, J., dissents.

---

CRANE, Respondent, v. PHILLIPS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Jemima Crane against Charles Phillips and others. No opinion. Motion granted, and appeal dismissed, with costs.